**Augusta MILLENDER; et al.,**
**Plaintiffs–Appellees,**

v.

**COUNTY OF LOS ANGELES; et al., Defendants–Appellants,**

and

**Los Angeles County Sheriff's Department; et al., Defendants.**

No. 07–55518.

United States Court of Appeals, Ninth Circuit.

March 30, 2012.

Robert Mann, Mann & Cook, Olu K. Orange, Esquire, Orange Law Offices, Los Angeles, CA, for Plaintiffs–Appellees.

Julie Fleming, Eugene Philip Ramirez, Esquire, Manning & Marder Kass Ellrod

Ramirez LLP, Los Angeles, CA, for Defendants–Appellants.

Before: KOZINSKI, Chief Judge, SILVERMAN, GRABER, FISHER, TALLMAN, RAWLINSON, BYBEE, CALLAHAN, M. SMITH, and IKUTA, Circuit Judges.*

ORDER

In light of the Supreme Court's decision in *Messerschmidt v. Millender*, —— U.S. ——, 132 S.Ct. 1235, 182 L.Ed.2d 47 (2012), the district court's determination that officers Lawrence and Messerschmidt are not entitled to qualified immunity is REVERSED, and the case is remanded for further proceedings consistent with *Messerschmidt*.